UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jamie Broadhurst

    v.                              Civil No. 10-cv-396-LM

Midland Credit Management, Inc., et al.


O R D E R

On today's date, a preliminary pretrial conference was held in this case. The following attorneys appeared: John F. Skinner, III, for the plaintiff and Michele Carlucci Sears for the defendants. The court approves the proposed Joint Discovery Plan (document no. 18) with the following amendments:

    **Mandatory Disclosures (Fed. R. Civ. P. 26(a)(1)):** Parties shall make mandatory disclosures on or before February 10, 2011.

    **Discovery Deadline:** Discovery shall be completed on or before August 30, 2011.

    **Interrogatories:** A maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

    **Requests for Admission:** A maximum of 60 requests for admission by each party to any other party.

    **Depositions:** A maximum of 2 depositions by plaintiff and 2 depositions by defendants (total).

    **Dates of disclosure of Experts and Experts' Written Reports and Supplementations:** Plaintiff's disclosure due on or before September 30, 2011; defendants' disclosure due on or before October 30, 2011. Plaintiff's supplementations due on or before November 15, 2011; defendants' supplementations due on or before November 30, 2011.

**Amendment of Pleadings**:  June 30, 2011.  Required response due 20 days after service.  Rule 5(a)(3).

Trial Date:  Two-week trial period beginning April 3, 2012.

Plaintiff objected to the date by which defendants must disclose supplementations to expert reports.  Otherwise, the parties concurred with respect to each of the aforementioned amendments.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  January 11, 2011

cc:  Kristyn M. Dery, Esq.
     Michele Carlucci Sears, Esq.
     John F. Skinner, III, Esq.